**FORM 2**
**COVER SHEET**

05 - 945C

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Ogden Support Services, Inc. and Covanta Energy Corp.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Ronald K. Henry

Firm Name: Kaye Scholer LLP

Post Office Box:

Street Address: 901 15th Street N.W., Ste. 1100

City-State-Zip: Washington, D.C. 20005

Telephone & Facsimile Numbers: ph 202-682-3500 fax 202-682-3580

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 1 1 4
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: 0 ☐ ☐
See attached sheet for three-digit codes.

Amount Claimed: $ 1,461,269.08 + interest
Use estimate if specific amount is not pleaded.

Bid Protest: $ ______
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.