ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OGDEN SUPPORT SERVICES, INC.

and

COVANTA ENERGY CORP.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 05-94

FILED
AUG 29 2005
U.S. COURT OF FEDERAL CLAIMS

**DISCLOSURE STATEMENT REQUIRED BY RCFC 7.1(a)**

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, I, the undersigned, counsel of record for Plaintiffs Ogden Support Services, Inc. ("OSSI") and Covanta Energy Corp. ("Covanta"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of OSSI and/or Covanta which have any outstanding securities in the hands of the public:

Danielson Holding Corporation.

Covanta is the parent of OSSI and is itself a wholly owned subsidiary of Danielson Holding Corporation, a publicly held corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: August 29, 2005

Respectfully submitted,

Ronald K. Henry, Counsel of Record
Maria Whitehorn Votsch
KAYE SCHOLER LLP
901 Fifteenth Street, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580

*Attorneys for Plaintiffs*