IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| OGDEN SUPPORT SERVICES, INC. and COVANTA ENERGY CORP., Plaintiffs, v. THE UNITED STATES, Defendant. | No. 05-945C (Judge Bruggink) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of John Warshawsky as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOHN WARSHAWSKY
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

/s/John Warshawsky
JOHN WARSHAWSKY
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-0010
Facsmile: (202) 514-9163

Dated: October 4, 2005

CERTIFICATE OF FILING

I hereby certify that on October 4, 2005, a copy of foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/John Warshawsky