**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OGDEN SUPPORT SERVICES, INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **No. 05-945C** |
| | ) | **(Senior Judge Bruggink)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S NOTICE OF MAIL SERVICE OF NOTICE OF APPEARANCE**

On October 4, 2005, the undersigned Defendant's counsel filed his Notice of Appearance using the Court's Electronic Case Filing ("ECF") system, Notice of Appearance (Oct. 4, 2005) (Dkt. No. 5), but the Court's ECF system indicated that Plaintiffs' counsel was not able to be served electronically. Accordingly, this Notice confirms that on October 5, 2005, a copy of the Notice of Appearance was mailed, postage prepaid and first class, to Plaintiffs' counsel at the following address:

Mr. Ronald K. Henry
Ms. Maria Whitehorn Votsch
Kaye Scholer LLP
901 Fifteenth Street, N.W., Suite 1100
Washington, D.C. 20005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen

DAVID M. COHEN
Director

BRYANT G. SNEE
Assistant Director

/s/ John Warshawsky

JOHN WARSHAWSKY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0010
Facsimile: (202) 514-9163

Attorneys for Defendant

October 5, 2005

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 5th day of October 2005, I caused to be placed in the United States mail (first-class, postage paid) a copy of "DEFENDANT'S NOTICE OF MAIL SERVICE OF NOTICE OF APPEARANCE" addressed as follows:

Mr. Ronald K. Henry
Ms. Maria Whitehorn Votsch
Kaye Scholer LLP
901 Fifteenth Street, N.W., Suite 1100
Washington, D.C. 20005

I further understand that notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing system. Parties may access this filing through the Court's system.

/s/ John Warshawsky