**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OGDEN SUPPORT SERVICES, INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **No. 05-945C** |
| | ) | **(Senior Judge Bruggink)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of forty-five (45) days, to and including December 15, 2005, to respond to plaintiffs' complaint. Defendant's response to the complaint currently is due on October 31, 2005. This is defendant's first request for an enlargement of the period allowed for filing a response to the complaint. Defendant's counsel spoke with plaintiffs' counsel on October 20, 2005, regarding this motion, and plaintiffs' counsel stated that the motion would not be opposed by plaintiff.

The agency involved in this litigation, the Central Intelligence Agence ("CIA") has been asked to provide defendant's counsel with a litigation report, which is necessary for defendant to prepare a complete and meaningful response to plaintiffs' complaint. The CIA has advised defendant's counsel that the preparation of the litigation report will require additional time beyond the current date for filing a response to the complaint and has asked that defendant seek an additional forty-five days for this purpose. Defendant requires an additional forty-five days, in part, because of the long time period that has passed since the events alleged in the complaint. See, e.g., Complaint ¶ 7 ("Ogden entered into several contracts with the CIA in the 1980s and 1990s . . .") and 12 ("From early 1996 onward, the CIA and Ogden worked cooperatively

together to try to determine whether and when payment of the individual invoices had been made."). Because many of the events referenced in the complaint are well over a decade old, the process of locating relevant documentation and knowledgable government officials is likely to be time-consuming. As a result, we respectfully request an additional forty-five (45) days to prepare and file our response to the complaint.

For the foregoing reasons, defendant respectfully requests that its unopposed motion for enlargement of time to respond to plaintiffs' complaint be allowed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s/ John Warshawsky

JOHN WARSHAWSKY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0010
Facsimile: (202) 514-9163
Attorneys for Defendant

October 20, 2005

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2005, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through the Court's system. In addition, I caused to be transmitted by electronic mail a copy of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" to plaintiffs' counsel at the following e-mail address: mvotsch@kayescholer.com

/s/ John Warshawsky