# In the United States Court of Federal Claims

No. 05-945C
(Filed: March 8, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
OGDEN SUPPORT SERVICES, INC.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

A telephonic status conference will be held Wednesday, March 22, 2006, 10:00 a.m., to discuss the parties' Joint Preliminary Status Report. The call will be placed from chambers and will be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge