# In the United States Court of Federal Claims

No. 05-945C
(Filed: March 22, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
OGDEN SUPPORT SERVICES, INC.,
*et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held on Wednesday, March 22, 2006, 10:00 a.m. As a result of the status conference the following is ordered: Discovery shall be concluded on or before July 7, 2006. The court will schedule a telephonic status conference shortly thereafter.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge