**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OGDEN SUPPORT SERVICES, INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **No. 05-945C** |
| | ) | **(Senior Judge Bruggink)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of sixty-three (63) days, to and including September 8, 2006, for the parties to complete discovery in this matter. Pursuant to the Court's Order filed March 22, 2006 (Dkt. No. 12), discovery is to be completed in this matter on or before July 7, 2006. This is defendant's first request for an enlargement of the period allowed for the parties to complete discovery. Defendant's counsel spoke with plaintiffs' counsel on June 13, 2006, regarding this motion, and plaintiffs' counsel stated that the motion would not be opposed by plaintiffs.

This case involves contracts and factual assertions regarding contracts between plaintiff Ogden Support Services, Inc. and the Central Intelligence Agence ("CIA") entered into and performed during the 1980s and 1990s. See, e.g., Complaint ¶ 7. Since the Court's entry of its March 22, 2006 Order, the parties have engaged in regular conferences and exchanges of information as they attempt to resolve factual issues dating back for as long as two decades. In addition, representatives of the CIA and the U.S. Department of the Treasury have worked together to support this effort, and plaintiffs' counsel has advised defendant's counsel that,

among other things, they have searched for and continue to search for relevant documentation and are in the process of seeking relevant records from plaintiffs' bank.

By necessity, the process of locating relevant records and living witnesses with recollection of the issues presented in the Complaint has been and continues to be time-consuming. In addition, because many of the relevant documents maintained by the CIA are classified as National Security Information, the CIA has undertaken the process of declassifying materials for plaintiffs' review. See Joint Preliminary Status Report at 3 (Question (l) response). The process of declassifying documents has been time-consuming and is still ongoing.

For the foregoing reasons, defendant respectfully requests that its unopposed motion for enlargement of time for the parties to complete discovery be allowed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s/ John Warshawsky

JOHN WARSHAWSKY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0010
Facsimile: (202) 514-9163
Attorneys for Defendant

June 16, 2006

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through the Court's system.

/s/ John Warshawsky