**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OGDEN SUPPORT SERVICES, INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **No. 05-945C** |
| | ) | **(Senior Judge Bruggink)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that this Court enter a protective order in the form attached hereto as Exhibit A. Counsel for the parties have conferred pursuant to Rule 26(c), and plaintiffs' counsel has advised defendant's counsel that this motion will not be opposed.

Defendant respectfully requests that this Court enter the attached order principally to protect against the potentially harmful disclosure of information related to the organizational operations of and employees within the Central Intelligence Agency, one of the agency's involved in this case. The necessity of protecting such information against public disclosure has been recognized by Congress, e.g., Central Intelligence Agency Act of 1949, § 6, as amended, codified at 50 U.S.C. § 403g. Accordingly, entry of the attached protective order is proper and in the public interest.

For the foregoing reasons, defendant respectfully requests that this Court allow this motion and enter a protective order in the form attached hereto as Exhibit A.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s/ John Warshawsky

JOHN WARSHAWSKY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0010
Facsimile: (202) 514-9163
Attorneys for Defendant

July 10, 2006

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through the Court's system.

/s/ John Warshawsky