**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **OGDEN SUPPORT SERVICES, INC., *et al.*,** | ) | |
| Plaintiffs, | ) | No. 05-945C |
| | ) | (Senior Judge Bruggink) |
| v. | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to RCFC 41(a)(1)(ii), Plaintiffs Ogden Support Services, Inc. and Covanta Energy Corp., and defendant the United States hereby stipulate and agree that this action is dismissed in its entirety with prejudice with each party to bear its own costs.

Dated: August 30, 2006

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee

BRYANT G. SNEE
Assistant Director

/s/ John Warshawsky

John Warshawsky
Commercial Litigation Branch
Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW, Room 10030
Attn: Classification Unit—8th Floor
Washington, D.C. 20005-0530
john.warshawsky@usdoj.gov

*Attorneys for Defendant*

s/Ronald Henry by s/Douglas A. Tucker

RONALD K. HENRY, Counsel of Record
ERUM MIRZA
DOUGLAS A. TUCKER
KAYE SCHOLER LLP
901 Fifteenth Street, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580
*Counsel for Plaintiffs Ogden* Support *Services, Inc. and Covanta Energy Corp*